Johnson v. State ............... 71A03–1608–CR–1896       06/30/2017     BAILEY, J.          Affirmed

VAIDIK, C.J.       Concurs

ROBB, J.           Concurs